Case # 86 CR 155
and Case # 86 CR 156

```
                          FILED
                   U.S. DISTRICT COURT
                   DISTRICT OF COLORADO

                    2015 MAY 29  PM 2: 03

                     JEFFREY P. COLWELL
                           CLERK

                   BY_____ DEP. CLK
```

Judge: Matsch

    I have some Personal property that belong to me, when the US Federal took it from my Son Anthony Nunez home. Which I would like it Return back to me $101.⁰⁰ in coins, $4000 ~~cho~~ Cash and 18 Kt. gold Ring — pearl, coral, turquiose it had all of the stone in 1-Ring Rest was all ~~costume~~ Costume Jewelry Also all Bonding that belong to the Case's

                    That You Sir

Louise Nunez
2201 Quebec St
Denver, Colo 80207

*Louise Nunez* (signature)

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF COLORADO

JAMES R. MANSPEAKER, CLERK

ROOM C-145
UNITED STATES COURTHOUSE
1929 STOUT STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
FTS 564-3433

May 7, 1987

MRS. LOUISE NUNEZ
541 East 14th Avenue
Denver, Colorado  80203

Dear Mrs. Nunez:

   Judge Kane has forwarded your letter to our office for a response.

   We would suggest that you contact the authority holding the property you allege is yours. It would be helpful for you to ascertain from them the legal basis on which they are holding the items you claim are your property. Furthermore, they should be able to instruct you as to how you may pursue any claim you have to this property.

   In the future, any further inquiries to the court should be sent directly to our office.

Very truly yours,

JAMES R. MANSPEAKER, CLERK

By: *[signature]*
Stephen P. Ehrlich
Chief Deputy Clerk